UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION DIVISION

IN RE:

JUDITH ANNE BECKMAN

DEBTOR

CASE NO. 11-16293
CHAPTER 13

JUDGE BETH A. BUCHANAN

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Margaret A. Burks files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** JPMORGAN CHASE BANK

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 7 | 9589 | $61,209.27 | $5,917.24 | $5,917.24 |
| Total Amount Paid by Trustee | | | | $5,917.24 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X** Through the Chapter 13 Conduit          __ Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

See attached Memorandum detailing post-petition payments if case is a Conduit.

CASE NO. 11-16293

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2015 a copy of the foregoing <u>Notice of Final Cure Payment</u> was served on the following registered ECF participants, **electronically** through the Court's ECF System at the e-mail address registered with the Court:

OFFICE OF THE U.S. TRUSTEE  
36 EAST SEVENTH STREET, SUITE 2030  
CINCINNATI, OHIO 45202

Debtor(s) Counsel  
R. DEAN SNYDER, ESQ.  
5127 PLEASANT AVENUE  
FAIRFIELD, OH 45014

and on the following by **ordinary U.S. Mail** addressed to:

JUDITH ANNE BECKMAN, 11763 ELKWOOD DRIVE, CINCINNATI, OH 45240

JPMORGAN CHASE BANK, 700 KANSAS LANE, MAIL CODE LA4-5555, MONROE, LA 71203

LERNER, SAMPSON & ROTHFUSS, P.O. BOX 5480, CINCINNATI, OH 45202

Date: March 19, 2015

/s/ MARGARET A BURKS, TRUSTEE  
MARGARET A BURKS, TRUSTEE  
CHAPTER 13 TRUSTEE  
600 VINE, SUITE 2200  
CINCINNATI, OH 45202

**CHAPTER 13 TRUSTEE'S MEMORANDUM REGARDING NOTICE OF FINAL CURE**

In addition to paying the pre-petition mortgage arrearage claim(s) totaling $5,917.24 to JPMorgan Chase Bank, the Trustee also paid post-petition payments as follows:

$380.58 for the months of NOVEMBER 2011-OCTOBER 2013 subtotaling $9,133.92;

$444.03 for the months of NOVEMBER 2013-OCTOBER 2014 subtotaling $5,328.36;

$405.25 for the months of NOVEMBER 2014-MARCH 2015 subtotaling $2,026.25.

Debtor(s) must resume the regular mortgage payment beginning with the April 2015 mortgage payment.